### BAILEY v. MEEKS et al.

GEORGE, J. The several assignments of error based upon excerpts from the charge of the court and rulings upon the admissibility of evidence disclose no material error and present no new or novel question. The evidence authorized the verdict, and the court did not err in overruling the motion for new trial.

*Judgment affirmed. All the Justices concur.*

No. 839. NOVEMBER 15, 1918.

Complaint for land. Before Judge Summerall. Coffee superior court. February 22, 1918.

*E. L. Grantham, Chastain & Henson,* and *W. C. Lankford,* for plaintiff.

*L. E. Heath* and *C. A. Ward,* for defendants.